On June 7, 1971, the court ordered that judgment be entered for the plaintiffs in the amounts as set forth as follows:
1. Carl Hoffman_$17,498. 99*
2. David Webb_ 16, 861.13*
3. Hugh Gray_ 12,920.93
4. Joseph France_ 6, 273. 84
5. George Pond_ 816. 00
6. Francis James_ 278. 40
7. Severt Olness-^_ 756. 32
8. Chalmers Detling_ 386. 08
9. Michael Rocco_ 192. 48
10. John Tarpey_ . 00
Total_ 52^2. 7Í

Corrected amounts pursuant to Order dated November 19, 1971,